UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENARD A. JACKSON,

      Petitioner,

-vs-                                       Case No.  6:12-cv-216-Orl-28KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

      Respondents.

_____/

## ORDER OF DISMISSAL

On February 10, 2012, the Court ordered Petitioner to file, within twenty-one days from the date of the Order, a computer printout containing all the transactions in his prisoner account for the three months preceding the filing of his petition (Doc. No. 3). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this ___13___ day of March, 2012.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 3/8
Leonard A. Jackson